# RELIEF FROM STAY INFORMATION SHEET
**\* \* \* \* SEE IMPORTANT INSTRUCTIONS ON REVERSE \* \* \* \***
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE**

**DEBTOR:** PONCIANO SANTOS PALARUAN      **CASE NO.** 14-27364

**MOVANT:** THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-AB4      **DC NO.** CJO-1

**HEARING DATE/TIME:** September 23, 2014/ 10:00 AM

**RELIEF IS SOUGHT AS TO**
( X ) REAL PROPERTY      Assessor Parcel Number (APN): <u>070-230-150-000</u>
(   ) PERSONAL PROPERTY      If applicable, Vehicle Identification Number (VIN): _____
(   ) STATE COURT LITIGATION

1. Address OR description of property or state court action      <u>10374 River Bluff Lane, Stockton, CA 95209</u>

2. Movant's trust deed is a (  ) 1st   (  ) 2nd   (  ) 3rd   ( X ) Other: <u>Trustee's Deed Upon Sale</u>

   OR

   Leased property is (  ) Residential  (  ) Non-residential      Term: (  ) Month-to-Month  (  ) Other

3. Verified appraisal filed? _____      Movant's valuation of property      $ _____

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ | $ | $ | $ |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   _____      $ _____
   _____      $ _____
   _____      $ _____

   TOTAL ALL LIENS      $ _____
   DEBTOR'S EQUITY      $ _____

6. Monthly payment  $ _____  of which  $ _____  is for impound account. Monthly late charge is  $ _____

7. The last payment by Debtor was received on _____ and was applied to the payment due _____

8. Number of payments past due and amount  (a) Pre-petition _____ $ _____   (b) Post-petition _____ $ _____

9. Notice of default was recorded on  <u>08/09/11</u>   Notice of sale was published on  <u>12/04/13; 11/10/11</u>

10. If a chapter 13 case, in what class is this claim? _____

11. Grounds for seeking relief (check as applicable):
    ( X ) §362(d)(1)      ( X ) §362(d)(2)      (  ) §362(d)(3)      ( X ) §362(d)(4)
    ( X ) Cause      (  ) Inadequate Protection      ( X ) Lack of equity      (  ) Lack of insurance      (  ) Bad faith
    ( X ) Other      Movant requests relief pursuant to §362(d)(4) so that the recordation of the Court Order shall be binding and effective in any other bankruptcy case purporting to affect the Property filed not later than two years after the date of the entry of this Order.

12. For each ground checked in item 11, furnish a brief supporting statement in the space below.
    Relief should be granted to allow Movant to proceed with unlawful detainer action, as the Property was foreclosed upon pre-petition.
    There is no equity in the property for Debtor as the Property was foreclosed pre-petition.
    The instant case was filed five days prior to a hearing on an MSJ which has yet again delayed and hindered Movant. Movant has already obtained relief from the stay in a previous case filed by a co-defendant in the UD Action, which was subsequently dismissed. The instant case is the fourth bankruptcy case affecting the Property since the recordation of the Notice of Sale on 11/10/2011.

EDC 3-468 (Rev. 11/10)