1  Christina J. O., # 266845
2  Dane W. Exnowski, #281996
   MALCOLM ♦ CISNEROS, A Law Corporation
3  2112 Business Center Drive, Second Floor
   Irvine, California  92612
4  Phone:  (949) 252-9400
5  Facsimile:  (949) 252-1032

6  Attorneys for Movant

7

8                    UNITED STATES BANKRUPTCY COURT

9          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10 In re                                      | Bankruptcy Case No. 14-27364
11 Ponciano Santos Palaruan,                   | R.S. No. CJO-1
12                    Debtor.                  |
13                                             | Chapter 13
   The Bank of New York Mellon Trust           |
14 Company, N.A., as Trustee for               |
   CWABS, Inc., Asset-Backed                   |
15 Certificates Trust 2005-AB4,                | HEARING
16                    Movant,                  | DATE:  September 23, 2014
17 vs.                                         | TIME: 10:00 AM
                                               | CTRM:  34
18
19 Ponciano Palaruan, Debtor, and
   Russell D. Greer, Trustee,
20                    Respondents.

21

22 **EXHIBITS IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

23 1.    Exhibit "1" – Trustee's Deed Upon Sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 2
24 2.    Exhibit "2" – Notice to Vacate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 5
25 3.    Exhibit "3" – Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 10
26 4.    Exhibit "4" – Civil Minute Order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Page 15
27 ///
28 ///

EXHIBITS IN SUPPORT OF MOTION                      1

Exhibit "1"

LANDSAFE TITLE

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
AND WHEN RECORDED MAIL TO:
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

```
Doc #: 2014-002364
01/09/2014 09:27:28 AM
Page: 1 of 3   Fee: $28.00
Kenneth W Blakemore
San Joaquin County Recorders
Paid By: DOCUMENT PROCESSING SOLUTIONS
```

TS No. 11-0068589
Title Order No. 11-0055228

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# TRUSTEE'S DEED UPON SALE

APN#    070-230-150-000         TRANSFER TAX: $ ∅

The Grantee herein was the beneficiary
The amount of the unpaid debt was $ 616,165.47
The amount paid by the Grantee was $ 542,449.58
The property is in the city of STOCKTON, County of SAN JOAQUIN

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

The Bank of New York Mellon Trust Company, N.A.. as Trustee for CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4

herein called Grantee, the following described real property situated in SAN JOAQUIN County, California:

SEE ATTACHED LEGAL DESCRIPTION  Exhibit "A"

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by BRIGIDA G PALARUAN, AND PONCIANO S PALARUAN, WIFE AND HUSBAND AS JOINT TENANTS, as Trustor, recorded on 10/06/2005, Instrument Number 2005-251087 ( or Book , Page ) Official Records in the Office of the County Recorder of SAN JOAQUIN County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

Case 14-27364    Filed 08/28/14    Doc 19

TS No. 11-0068589

Title Order No. 11-0055228

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 12/30/2013. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $542,449.58.

DATE: JAN 0 3 2014

RECONTRUST COMPANY, N.A.

BY: _____ JAN 0 3 2014

State of California

County of VENTURA

Darlene Real-Gomez, Asst Vice President

On JAN 0 3 2014 before me, Raul E. Chimal, notary public, personally appeared Darlene Real-Gomez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Raul E. Chimal

RAUL E. CHIMAL
COMM. # 2044346
NOTARY PUBLIC • CALIFORNIA
VENTURA COUNTY
My Commission Expires
October 5, 2017

Exhibit "2"

MALCOLM CISNEROS
2112 Business Center Drive   Irvine, CA 92612

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:

Three (3)/Thirty (30)/Ninety (90) Day Notice to Vacate; Notice to Any Renters

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME OF OCCUPANT:   Brigida G. Palaruan, Ponciano S. Palaruan and All Other Occupants

DATE OF Posting:   January 24, 2014
TIME OF Posting:   7:40 AM

DATE OF MAILING:   January 24, 2014

PROPERTY ADDRESS:   10374 River Bluff Ln,
Stockton, CA 95209
(HOME)

☐ 1. PERSONAL SERVICE    By delivering a copy of the Notice(s) on the above named occupant(s)

☑ 2. CONSTRUCTIVE SERVICE    After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below.

By posting a copy for each of the above named parties on January 24, 2014 at 7:40 AM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property or where their mail is delivered on January 24, 2014.

Fee for Service: $90.00
County: San Joaquin
Registration No.: 386
Nationwide Legal, LLC
820 North Parton Street, Suite 203
Santa Ana, CA 92701
(714) 558-2300
Ref: B18971-1/Palaruan/XXX3358

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.
Dated: January 24, 2014.

Signature: _____
Lajla Shackelford

UD10547

UD10547.NTQ.B18971-1/Palaruan/XXX3358
PROOF OF SERVICE

File #: B18971

## NOTICE TO ANY RENTERS LIVING AT:

### 10374 RIVER BLUFF LN
### STOCKTON, CA 95209

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

### How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

File #: B18971

NOTICE TO OCCUPANT TO VACATE PREMISES LOCATED AT:

## 10374 RIVER BLUFF LN
## STOCKTON, CA 95209

TO ALL PERSONS IN POSSESSION OF AND WHO OCCUPY THE REAL PROPERTY AT THE ABOVE ADDRESS:

THIS IS THE FIRST STEP IN A LAWSUIT AGAINST YOU. THE FAILURE TO VACATE THE PREMISES AS SPECIFIED BELOW WILL RESULT IN A LAWSUIT BEING FILED AGAINST YOU. A COURT JUDGMENT AGAINST YOU WILL BE RECORDED WITH NATIONAL CREDIT REPORTING AGENCIES.

YOU ARE HEREBY NOTIFIED that your right to occupy the real property at the above address has been terminated as the result of the sale of the real property by the trustee under a power of sale contained in a Deed of Trust which appeared of record against the subject property.

### NOTICE

NOTICE IS HEREBY GIVEN THAT YOU ARE REQUIRED TO VACATE THE PREMISES AND DELIVER UP POSSESSION OF THE PREMISES TO THE UNDERSIGNED:

(i) Within **THREE (3) DAYS** after service of this Notice, in the event you are in possession of the premise and you are not a tenant or subtenant as described below;

(ii) Within **THIRTY (30) DAYS** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure and any party to the note remains in the property as a tenant, subtenant, or occupant;

(iii) Within **NINETY (90) DAYS** after service of this Notice, in the event you are a tenant or subtenant in possession of the rental housing unit sold in foreclosure.

In the event you fail to quit and deliver up to the undersigned, as agent for the owner, possession of the real property you occupy at the above address, within the relevant Notice Period specified above, you will be deemed to be unlawfully detaining the premises, which will result in the commencement of court proceedings against you, by the owner, to recover possession of the premises as well as court costs and the reasonable rental value of the premises for each day of your continued occupancy following expiration of the Notice Period set forth below.

Case 14-27364    Filed 08/28/14    Doc 19

File #: B18971

If you claim to be the recipient of tenant based assistance governed by Section 8 of the United States Housing Act of 1937 (42 USC § 1437), commonly referred to as the "Section 8 Housing Program," then you may be entitled to additional time in the property. Please contact our office and be prepared to provide us with all necessary information regarding your participation in the Section 8 Housing Program. If this information is verified, you will be required to vacate the premises within 90 days of the service of this notice. Additionally, this document constitutes notice that this tenancy has been terminated for "good cause" pursuant to 24 CFR §982.310(d)(1) and (e)(1). This "good cause" termination is based on the owner's business and economic interest in the property and intent to sell.

This Notice is authorized pursuant to the provisions of Sections 1161a, 1161b and 1161c of the <u>California Code of Civil Procedure</u> and 12 U.S.C. 5220.

DATED: January 21, 2014

The Bank of New York Mellon Trust Company, N.A., As Trustee for CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4, owner

_____
REUBEN D. KIM
Counsel for The Bank of New York Mellon Trust Company, N.A., As Trustee for CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4,, owner
**MALCOLM ♦ CISNEROS, A LAW CORPORATION**
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
949.252.9400 (telephone)
949.252.1032 (facsimile)
RKim@mclaw.org (e-mail)

To discuss this Notice, please contact the Evictions Department, at (949) 252-9400 between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

SUBJECT PROPERTY: **10374 RIVER BLUFF LN, STOCKTON, CA 95209**

**DISCLAIMER:** Under the Servicemembers Relief Act, 50 App. U.S.C.A. §18 et seq., active duty military servicemembers may have additional rights and protections. Please notify our office immediately if you or any other occupants in the property are active duty military. You may also wish to contact a member of your Judge Advocate Corps.

Exhibit "3"

WILLIAM G. MALCOLM #129271
MELISSA M. SGROI #268296
REUBEN D. KIM #284047
STEPHEN M. LEWIS #286472
MALCOLM ♦ CISNEROS
2112 Business Center Drive
Second Floor
Irvine, California 92612
Telephone: (949) 252-9400
Facsimile: (949) 252-1032

Counsel for Plaintiff, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-AB4

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF SAN JOAQUIN

(Stockton Courthouse)

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-AB4,<br><br>Plaintiff,<br>-vs-<br>BRIGIDA G. PALARUAN, an individual, PONCIANO S. PALARUAN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No  39-2014-00307126-CL-UD-STK<br><br>VERIFIED COMPLAINT FOR UNLAWFUL DETAINER [C.C.P. §§ 1161a(b)(3) and 1166] AGAINST OCCUPANTS HOLDING OVER AFTER NONJUDICIAL SALE UNDER POWER OF SALE OF DEED OF TRUST<br><br>[Limited Jurisdiction- Amount Demanded Up to $10,000] |

Plaintiff, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR CWABS, INC., ASSET-BACKED CERTIFICATES TRUST 2005-AB4 ("Plaintiff"/"The Bank of New York"), on behalf of itself alleges as follows:

    1.    The real property, possession of which is sought in this action, is commonly known as 10374 RIVER BLUFF LN, STOCKTON, CA 95209 (the "Property"/the "Premises") and is situated in the county of San Joaquin, and Defendants BRIGIDA G. PALARUAN and PONCIANO S. PALARUAN (the "Defendants") are now and at all times mentioned herein were residents of that Judicial District and County.

    2.    Plaintiff does not know the true names and capacities of Defendants named in this complaint and DOES 1 through 10, inclusive, and therefore sues these Defendants under

provision of Section 474 of the California Code of Civil Procedure, and prays leave to amend this Complaint to insert their true names and capacities, when ascertained.

3. At all times relevant hereto, Plaintiff, is a Federally Chartered Bank.

4. Plaintiff is informed and believes and thereon alleges a Deed of Trust was executed and recorded in the Official Records, County of San Joaquin, State of California on October 6, 2005, as Instrument No. 2005-251087. By this Deed of Trust, BRIGIDA G. PALARUAN and PONCIANO S. PALARUAN ("Trustors") conveyed the Property to the Trustee to secure payment of the Trustors' Promissory Note made payable to Plaintiff as Beneficiary.

5. Plaintiff is informed and believes and thereon alleges the Trustors defaulted in the payments of the Promissory Note and thereafter, at the request of the Beneficiary, the Trustee, in accordance with Section 2924 of the California Civil Code, cause to be recorded in the Official Records of the Office of the County Recorder of San Joaquin, California, a Notice of Default and Election to Sell the Property under the power of sale contained in the Deed of Trust. Notice was given in the manner and form required by Civil Code Section 2924b. The Notice of Default contained the statement specified in paragraph (1) of subdivision (b) of Section 2924c of the California Civil Code.

6. Plaintiff is informed and believes and thereon alleges more than three months after the Notice of Default was recorded, the Trustee, as required by section 2924 of the California Civil Code, gave notice in the manner and form required by Section 2924f of the Civil Code that the Property would be sold at public auction to satisfy the obligation secured by the Deed of Trust, and caused the Notice of Sale to be recorded in the Office of the County Recorder of San Joaquin County, California.

7. Plaintiff is informed and believes and thereon alleges the Trustors failed to cure the default, and at the time and place noticed for sale, the Trustee duly sold the Property on December 30, 2013 to Plaintiff, who was the highest bidder, and at the time executed and delivered to Plaintiff a Trustee's Deed Upon Sale. Plaintiff duly perfected its title to the Property. A true and correct copy of the Trustee's Deed Upon Sale recorded on January 9, 2014 as Instrument No. 2014-002364, in the County of San Joaquin, State of California is attached and incorporated as Exhibit "1."

1  8.  By virtue of the Trustee's Deed Upon Sale, Plaintiff is the owner, and entitled to immediate possession of the Property.

9.  Plaintiff is informed and believes and thereon alleges at the time of the sale, the Defendants were in possession of the Property and have remained in possession after the sale.

10.  On January 24, 2014, Plaintiff caused to be served (by posting and mail delivery) a written Notice pursuant to Code of Civil Procedure § 1161a(b)(3) stating the Plaintiff had purchased the Property, that its title had been duly perfected, and demanding that all persons vacate the premises. True and correct copies of the Notice to Occupant to Vacate Premises with the proof of service are attached hereto as Exhibit "2."

11.  More than three (3) days have elapsed since the service of the Notice but the Defendants have failed to deliver up possession of the Premises.

WHEREFORE, Plaintiff prays for judgment as follows

1.  That Defendants immediately deliver possession of the Property to Plaintiff;
2.  For cost of suit incurred herein; and
3.  For such other and further relief as the Court deems just and proper.

DATED: January 30, 2014

MALCOLM ♦ CISNEROS,
A Law Corporation

By: _____
REUBEN D. KIM
Counsel for Plaintiff,
THE BANK OF NEW YORK
MELLON TRUST COMPANY, N.A.,
AS TRUSTEE FOR CWABS, INC.,
ASSET-BACKED CERTIFICATES
TRUST 2005-AB4

- 3 -
COMPLAINT FOR UNLAWFUL DETAINER

# VERIFICATION (C.C.P. 446 AND 1166)

I am the attorney for Plaintiff in this action; the Plaintiff is absent from the County of Orange, California, where I have my office, and I make this verification for and on behalf of the party for that reason; I have read the above complaint for unlawful detainer and know its contents; I am informed and believe, and on that ground allege that the matters stated in it are true.

I certify under penalty of perjury according to the laws of the State of California the foregoing is true and correct.

Executed on January 3̄0̄, 2014 at Irvine, California.

MALCOLM ♦ CISNEROS,
A Law Corporation

By: _____

REUBEN D. KIM
Counsel for Plaintiff

1

VERIFICATION

Exhibit "4"

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | Brigida Gasmen Palaruan | Case No : | 14-24774 - D - 13G |
| | | Date : | 6/10/14 |
| | | Time : | 10:00 |
| Matter : | [14] - Motion for Relief from Automatic Stay Filed by Creditor The Bank of New York Mellon Trust Company, N.A. (Fee Paid $176) (eFilingID: 5214910) (swas) | | |
| Judge : | Robert S. Bardwil | | |
| Courtroom Deputy : | Nancy Williams | | |
| Reporter : | Diamond Reporters | | |
| Department : | D | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney - Christina O
**Respondent(s) :**
Lorraine Crozier (for the Trustee)

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; Fed. Rule Bank. 4001(a)(3) waived; no further relief afforded.

Dated: June 12, 2014

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court