# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Ponciano Santos Palaruan | **Case No :** | 14–27364 – D – 13G |
| | | **Date :** | 9/23/14 |
| | | **Time :** | 10:00 |

**Matter :** [14] – Motion for Relief from Automatic Stay [CJO–1] Filed by Creditor The Bank of New York Mellon Trust Company, N.A. (Fee Paid $176) (eFilingID: 5308211) (swas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney – Christina O
**Respondent(s) :**
   Lorraine Crozier (for the Trustee)


MOTION was :
Granted as provided in this order
Automatic stay vacated; no further relief ordered


ORDER TO BE PREPARED BY :     Movant(s)