**2**

1　Christina J. O, #266845
　Dane W. Exnowski, #281996
2　MALCOLM ♦ CISNEROS, A Law Corporation
　2112 Business Center Drive, Second Floor
3　Irvine, California 92612
　(949) 252-9400 (TELEPHONE)
4　(949) 252-1032 (FACSIMILE)

5　Attorneys for Movant

6

7

8

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 14-27364 |
| Ponciano Santos Palaruan, | Docket Control No. CJO-1 |
| Debtors. | Chapter 13 |
| The Bank of New York Mellon Trust Company, N.A. as Trustee for CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4, | HEARING DATE:<br>DATE: September 23, 2014<br>TIME: 10:00 a.m.<br>CTRM: 34 |
| Movant, | |
| vs. | |
| Ponciano Santos Palaruan Debtor, and Russell D. Greer, Trustee, | |
| Respondents. | |

### PROOF OF SERVICE

　　　　I, Peter Ramirez, declare:

　　　　1.　　I am a paralegal employed by the law firm of MALCOLM ♦ CISNEROS, A Law Corporation, in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California 92612. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

　　　　2.　　On September 25, 2014, I served the following document described as:

PROOF OF SERVICE　　　　　　　　　　　1
PR/B18971

- **ORDER TERMINATING STAY (UNLAWFUL DETAINER)**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

| **DEBTOR:**<br>Ponciano Palaruan<br>10374 River Bluff Ln<br>Stockton, CA 95209 | **DEBTOR'S ATTORNEY:**<br>Anh V. Nguyen<br>1455 Response Road, Ste 120<br>Sacramento, CA 95815 |
|---|---|
| **CHAPTER 7 TRUSTEE:**<br>Russell D. Greer<br>P.O. Box 3051<br>Modesto, CA 95353-3051 | **OFFICE OF THE U.S. TRUSTEE:**<br>Via E-Mail<br>OFFICE OF THE U.S. TRUSTEE<br>SACRAMENTO |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2014, at Irvine, California.

*/s/Peter Ramirez*
PETER RAMIREZ