Christina J. O, #266845
Dane W. Exnowski, #281996
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 14-27364 |
| Ponciano Santos Palaruan, | Docket Control No. CJO-1 |
| Debtors. | Chapter 13 |
| The Bank of New York Mellon Trust Company, N.A. as Trustee for CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4, | HEARING DATE: |
| Movant, | DATE: September 23, 2014<br>TIME: 10:00 a.m.<br>CTRM: 34 |
| vs. | |
| Ponciano Santos Palaruan Debtor, and Russell D. Greer, Trustee, | |
| Respondents. | |

### ORDER TERMINATING STAY (UNLAWFUL DETAINER)

A Motion For Relief From The Automatic Stay ("Motion"), in regard to the real property located at 10374 River Bluff Lane, Stockton, CA 95209, was noticed in the within matter and filed by The Bank of New York Mellon Trust Company, N.A. as Trustee for CWABS, Inc., Asset-Backed Certificates Trust 2005-AB4, and its successors and/or assignees ("Movant"). Said Motion was heard before the Honorable Robert S. Bardwil, United States Bankruptcy Judge on September 23, 2014. The Court having read the various pleadings, documents and proceedings herein and proper service having been made, findings of fact and/or conclusions of law stated on

RECEIVED
September 25, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005332029

1

the record, having found cause to grant Movant's Motion, hereby makes its Order as follows:

**SEE EXHIBIT "1" ATTACHED HERETO;**

IT IS HEREBY ORDERED the court grants relief pursuant to §362(d)(4). If this order is recorded in compliance with applicable state law governing notices of interests or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4) and the automatic stay shall not go in effect with respect to the property in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order for indexing and recording.

Dated: September 25, 2014

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

EXHIBIT "1"

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, CITY OF STOCKTON, COUNTY OF SAN JOAQUIN, AND IS DESCRIBED AS FOLLOWS:

LOT 281, AS SHOWN UPON MAP ENTITLED, TRACT NO. 2360 A.G. SPANOS PARK, UNIT NO. 8, FILED FEBRUARY 3, 1994, IN BOOK 31 OF MAPS AND PLATS, AT PAGE 102, SAN JOAQUIN COUNTY RECORDS.

EXCEPT THEREFROM AN UNDIVIDED 49% INTEREST OF ALL OIL, GAS, MINERALS AND HYDROCARBON SUBSTANCES IN AND TO THE ABOVE DESCRIBED REAL PROPERTY WITHOUT THE RIGHT TO EXPLORE AND EXTRACT OIL, GAS, AND MINERALS ON AND FROM SAID PROPERTY, AS RECORDED IN DEED EXECUTED BY ADRIENE M. PROVO, ET AL, RECORDED MAY 11, 1984, AS INSTRUMENT NO. 84-033220, SAN JOAQUIN COUNTY RECORDS.

ALSO EXCEPT THEREFROM ALL (REMAINING) OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET BENEATH THE SURFACE OF SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY AS CONVEYED TO ALEX G. SPANOS AND FAYE SPANOS, HUSBAND AND WIFE BY DEED RECORDED APRIL 30, 1990, IN INSTRUMENT NO. 90-042726, SAN JOAQUIN COUNTY RECORDS.

ASSESSOR'S PARCEL NO. 070-230-15

**SERVICE LIST**
**PONCIANO PALARUAN**
**CASE NO. 14-24364**

**DEBTOR:**
Ponciano Palaruan
10374 River Bluff Ln
Stockton, CA 95209

**DEBTOR'S ATTORNEY:**
Anh V. Nguyen
1455 Response Road, Ste 120
Sacramento, CA 95815

**CHAPTER 7 TRUSTEE:**
Russell D. Greer
P.O. Box 3051
Modesto, CA 95353-3051

**OFFICE OF THE U.S. TRUSTEE:**
Via E-Mail
OFFICE OF THE U.S TRUSTEE
 SACRAMENTO

**ATTORNEY FOR MOVANT:**
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612